IN THE UNITED STATES OF COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSALIE PEARSON and DENNIS NEWSHAM, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>SAMSONITE COMPANY STORES, INC., SAMSONITE CORPORATION, and DOES 1 – 50, inclusive,<br><br>Defendants. | Case No. CV 09-01263 JSW<br><br>[~~PROPOSED~~] ORDER |

**ORDER**

For the reasons stated in the parties' Stipulated Request For Order Changing Time In Light Of Pending Mediation Efforts, Under Local Civil Rule 6-2, it is hereby ORDERED that the deadline for the parties to complete mediation is now November 30, 2009, and the deadline for Plaintiffs to file their Motion for Conditional Certification under the FLSA is November 30, 2009. The hearing date regarding Plaintiffs' Motion for Conditional Certification under the FLSA is continued to January 15, 2010.

1             PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 1, 2009

_____
The Honorable Jeffrey S. White
Judge of the United States District Court for
the Northern District of California