UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ROSALIE PEARSON, et al., individually, on behalf of others similarly situated, and on behalf of the general public,<br>        Plaintiffs,<br><br>   v.<br><br>SAMSONITE COMPANY STORES, et al.,<br>        Defendants.<br>_____/ | No. C09-1263 JSW<br><br>**ORDER APPROVING TELEPHONIC APPEARANCE AT MEDIATION BY PLAINTIFFS ROSALIE PEARSON AND DENNIS NEWSHAM**<br><br>Date:    October 14, 2009<br>Time:   9:00 a.m.<br>Mediator:  Baldwin Lee |

IT IS HEREBY ORDERED that plaintiffs Rosalie Pearson and Dennis Newsham are excused from personally appearing at the October 14, 2009, mediation before Baldwin Lee. Both Ms. Pearson and Mr. Newsham shall, however, be available to participate by telephone at all times during the mediation pursuant to ADR Local Rule 6-10. (The parties are further reminded that there is no general exemption from the attendance requirement for class representatives.)

IT IS SO ORDERED.

October 7, 2009    By:    *Elizabeth D. Laporte*
Dated                                          Elizabeth D. Laporte
                                               United States Magistrate Judge

G:\EDLALL\ADR Duty Orders\09-1263 Telephonic appearance order.wpd    REV 10-09