UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIE PEARSON and DENNIS NEWSHAM, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiff(s),<br><br>v.<br><br>SAMSONITE COMPANY STORES, INC., SAMSONITE CORPORATION, and DOES 1 – 50, inclusive,<br><br>Defendant(s). | Case No. CV 09-01263 JSW<br><br>[proposed] ORDER GRANTING THE STIPULATED MOTION TO ENLARGE PAGE LIMIT FOR MOTION FOR PRELIMINARY APPROVAL OF JOINT STIPULATION OF SETTLEMENT AND RELEASE BETWEEN PLAINTIFFS AND DEFENDANTS<br><br>Judge: Hon. Jeffrey S. White<br>Courtroom: 11, 19th Floor<br><br>Date Action Filed: March 24, 2009 |

[PROPOSED] ORDER

For the reasons stated in the Joint Motion To Enlarge Page Limit under Civ. L.R. 7-11, the Court hereby GRANTS the Motion. The parties may submit their Joint Motion at a length of up to 35 pages.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 30, 2009

Jeffrey S. White
United States District Court