**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSALIE PEARSON and DENNIS NEWSHAM, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>          Plaintiff(s),<br><br>     v.<br><br>SAMSONITE COMPANY STORES, INC., SAMSONITE CORPORATION, and DOES 1 – 50, inclusive,<br><br>          Defendant(s). | Case No.  CV 09-01263 JSW<br><br>[~~proposed~~] **ORDER GRANTING LEAVE TO FILE UNDER SEAL**<br><br>Judge: Hon. Jeffrey S. White<br>Courtroom: 11, 19th Floor<br><br>Date Action Filed: March 24, 2009 |

**[~~PROPOSED~~] ORDER**

For the reasons stated in the Joint Motion for Administrative Relief Under Civ. L.R. 7-11, to File Documents Under Seal Pursuant to Civ. L.R. 79-5(c), the Court hereby GRANTS the Motion. Pages 2 and 3 of Exhibit D to the Joint Stipulation of Settlement are hereby taken under seal.

So Ordered.

Dated:  November 30, 2009

_____
Jeffrey S. White
United States District Court